United States Bankruptcy Court
Middle District of Georgia

FILED
U.S. Bankruptcy Court
FEB 09 2022

IN RE: Avis Williams

Case No.: _____ Middle District of Georgia
Chapter: 7

Debtor(s)

## PRO SE DEBTOR STATEMENT OF ASSISTANCE RECEIVED IN CONNECTION WITH THE FILING OF THIS CASE

[X] I DID NOT RECEIVE ANY ASSISTANCE IN PREPARING THIS CASE FOR FILING.

[ ] I DID RECEIVE ASSISTANCE IN PREPARING THIS CASE FOR FILING.

1. The person or firm that assisted is:
   Name: _____
   Address: _____
   City: _____ ST: ____ Zip: ____
   Telephone: _____

2. I paid the sum of $ _____

3. I still owe the sum of $ _____

4. I agreed to turn over or give a security interest in the following property:

I (we) Avis Williams, the Debtor(s), do hereby declare under penalty of perjury, that the statements made are true and correct.

Executed this 2 day of Feb, 20 22
         (Day)        (Month)    (Year)

_Avis Williams_
Signature of Debtor

_____
Signature of Joint Debtor