IN THE UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF
Macon GA

AVIS WILLIAMS,     CASE # 22-10036 AEC
DEBTOR

# DEBTORS' REQUEST TO CONVERT CH., 7 BANKRUPTCY CASE INTO CH 13 BANKRUPTCY CASE AND CANCEL CHAPTER 7 CREDITORS' HEARING OF MARCH 14, 2022 AND SET NEW CHAPTER 13 CREDITORS' HEARING

DEBTOR, AVIS WILLIAMS, RESPECTFULLY REQUESTS THIS COURT FOR AN ORDER CONVERTING THE DEBTORS' CHAPTER 7 CASE INTO CHAPTER 13 BANKRUPTCY CASE, AND CANCEL THE CHAPTER 7 CREDITORS' HEARING SET FOR MARCH 14, 2022, AND SET NEW CHAPTER 13 CREDITORS' HEARING, AS GROUNDS WOULD SHOW AS FOLLOWS:

1. DEBTOR FILED A CHAPTER 7 BANKRUPTCY PETITION IN THE ABOVE CASE AND DEBTORS' MEANS TEST SHOW THAT DEBTOR MAKES TO MUCH INCOME TO FILE CHAPTER 7 BANKRUPTCY PETITION, AND DEBTOR WISH TO CURE THE ALLEGED PASS DUE AMOUNTS ON THE MORTGAGE LOANS, AND DEBTOR HAS SUFFICIENT INCOME TO DO SO; AND THAT CHAPTER 7 BANKRUPTCY PETITION IS NOT THE PROPER VEHICLE TO REINSTATE OR CURE THE MORTGAGES.

2. THEREFORE, DEBTOR NOW FILES THIS REQUEST TO CONVERT THE CH 7 BANKRUPTCY CASE TO CH 13 BANKRUPTCY CASE AND CANCEL THE CHAPTER 7 CREDITORS' HEARING, AND SET NEW CREDITORS' HEARING FOR CHAPTER 13.

3. THE CREDITORS WILL NOT BE PREJUDICED BY THE CHANGE OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7.

4. WHEREFORE, DEBTOR REQUEST THE COURT TO ISSUE AN ORDER CONVERTING THE CHAPTER 7 CASE TO CHAPTER 13 CASE, AND CANCEL THE CHAPTER 7 MARCH 14, 2022 CREDITORS' HEARING,

AND SET NEW CREDITORS' HEARING FOR CHAPTER 13 BANKRUPTCY CREDITORS', AND FOR SUCH OTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

Avis Williams

mailing Address 224 Clark St
Eatonville Fla 32751

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS U.S. MAILED AND FAXED TO ALL CREDITORS LISTED ON DEBTORS' ORIGINAL CREDITORS LIST FILED WITH THE COURT, ON THIS  28  DAY OF  Feb 28  20 22

(S) AVIS WILLIAMS

433 cherry St
po Box 1957
Macon, GA 31202

224 Clark St
Eatonville Fl, 32751

Bankruptcy Clerk Office
P.O. Box 1957
Macon, GA 31202