IN THE UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF
_Georgia_ GA

CASE # 22-10036 AEC

CH 13

AVIS WILLIAMS,
          DEBTOR

FILED
U.S. Bankruptcy Court
APR 19 2022
Middle District of Georgia

# NOTICE OF DISMISSAL CHAPTER 13 CASE WITHOUT ASSISTANT OF COURT

COMES NOW DEBTOR AVIS WILLIAMS, HEREBY GIVES NOTICE OF DISMISSAL OF THE ABOVE CASE WITHOUT THE ASSISTANT OF THE COURT FOR THE FOLLOWING REASONS AND WOULD SHOW AS FOLLOWS:

1. THE DEBTOR FILED CHAPTER 13 PETITION IN THIS COURT TO CURE MORTGAGE DEBT/S.

2. DEBTOR TIMELY FILED ALL REQUIRED SCHEDULES, AND MADE THE REQUIRED PAYMENTS UNDER THE PETITION.

3. HOWEVER, DEBTORS' INCOME HAVE DECREASED AND DEBTOR IS NOT MAKING THE AMOUNTS OF MONEY ON HIS JOB AT THE TIME OF FILLING OUT THE SCHEDULES, AND DEBTOR IS UNABLE TO AFFORD TO CURE THE MORTGAGE LOAN/S.

4. DEBTOR FILED THIS CHAPTER 13 IN GOOD FAITH AND HAVE NOT FILED TO HINDER OR DELAY THE PROCESS.

5. DEBTOR HAVE DEMONSTRATED THAT DEBTORS' INTENT AND MOTIVITES IN THIS CHAPTER 13 WAS NOT TO DEFRAUD THE CREDITORS.

6. THE DEBTOR NOW FILES THIS NOTICE OF DISMISSAL BECAUSE THERE HAS BEEN A SUBSTANTIAL CHANGE IN THE FINANCIAL AND PERSONAL AFFAIRS OF DEBTOR SINCE FILING THIS BANKRUPTCY CASE.

7. THAT NONE OF THE CREDITORS WILL BE PREJUDICED BY DISMISSING THE CASE,

8. BASED ON THE FOREGOING, DEBTOR HAVE TIMELY FILED THIS NOTICE OF DISMISSAL AND HAVE SATISFIED ITS BURDEN BY SHOWING THE COURT THAT DEBTORS' LATEST CHAPTER 13 CASE WAS FILED IN GOOD FAITH.

9. WHEREFORE, DEBTOR GIVE NOTICE OF DISMISSAL OF THE ABOVE CASE WITHOUT ASSISTANT OF THE COURT AND DISMISSAL OF CASE FOR THE REASONS STATED ABOVE.

RESPECTFULLY SUBMITTED,

*Avis Williams*

224 CLARK STREET EATONVILLE FLA 32751

SERVICE LIST

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS U.S. MAILED AND FAXED TO ALL CREDITORS AND PARTIES LISTED ON DEBTORS' CREDITORS LISTED IN COURT FILE :ON THIS _13_ DAY OF _April_ 20 _22_.

( S) AVIS WILLIAMS

middle DIST of Georgia

PO BOX 1957

Macon, GA 31202

FILED
U.S. Bankruptcy Court
APR 19 2022
Middle District of Georgia

Middle Dist of Georgia
Bankruptcy Court
Clerk of court
PO Box 1957
Macon GA 31202