IN THEUNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF GEORIGA

AVIS WILLIAMS

DEBTOR,

BANKR CASE # 22-10036-AEC

**EMERGENCY MOTION REQUESTING THE COURT TO HOLD, AMY KISER, ESQ., IN CONTEMPT FOR INTENTIONALLY VIOLATING AUTOMATIC STAY, AND FOR AN ORDER VACATING THE FORECLOSURE JUDGMENT AND CANCELING THE SALE**

DEBTOR, AVIS WILLIAMS, FILES THIS EMEGERGENCY MOTION FOR CONTEMPT AND SANCTIONS AGAINST THE CREDITORS' U.S. BANK TRUST N.A. ATTORNEY AMY KISER, ESQ., FOR KNOWING VIOLATING THIS BANKRUPTCY COURTS' AUTOMATIC STAY WITHOUT THE COURTS' PERMISSION, AND CONTEMPT AND SANCTION ORDER IS REQUIRED AGAINST THE CREDITOR S' ATTORNEY OF RECORD FOR THE FOLLOWING REASONS:

1. THE ISSUE IS THE DEBTOR FILED FOR CHAPTER 13 BANKRUPTCY PETITION IN THE ABOVE COURT, WHICH CAME WITH AUTOMATIC STAY, AND THE REAL PROPERTY BECAME PART OF DEBTORS' BANKRUPTCY ESTATE, AND THE ACTION IS PENDING.

2. ALL CREDITORS LISTED ON DEBTORS' CREDITOR LIST WAS SERVED A COPY OF THE BANKRUPTCY PETITION AND WAS NOTIFIED THAT THE BANKRUPTCY FILING CAME WITH AUTOMATIC STAY. THE ATTORNEY OF RECORD WAS ALSO SERVED AND CHARGED WITH NOTICE OF THE PENDING BANKRUPTCY. WHILE PENDING, NO INTEREST CAN BE SOLD AND ALL ATTEMPTS TO COLLECT A DEBT IS PROHIBITED BY BANKRUPTCY CODE. A COPY OF THE SUGGESTION OF BANKRUPTCY IS ATTACHED.

BACKGROUND

3. ON AUG 19, 2005, DERICK RICHARDSON EXECUTED A PROMISSARY NOTE, AND DERICK RICHARDSON AND AVIS RICHARDSON / WILLIAMS EXECUTED AND DELIVERED A MORTGAGE SECURING PAYMENT OF THE SAME MORTGAGE TO MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC, AS A NOMINEE FOR HOMECOMING FINANCIAL NETWORK INC, WHICH WAS RECORDED IN ORANGE COUNTY FLORIDA PUBLIC RECORDS. THE MORTGAGE WAS SUBSEQUENTLY ASSIGNED TO, U.S. BANK TRUST N.A..

4. DERICK RICHARDSON AND AVIS RICHARDSON / WILLIAMS, OWNS THE PROPERTY LOCATED AT 786 CRYSTAL BAY LANE ORLANDO FLORIDA.

5. IN 2016, U.S. BANK TRUST N.A. FILED FORECLOSURE ACTION AGAINST DERICK RICHARDSON AND AVIS RICHARDSON / WILLIAMS, CASE # 2016 CA 008390 – 0, ALLEGING THAT A DEFAULT UNDER THE NOTE AND MORTGAGE, AND THAT ALL PAYMENTS UNDER THE NOTE AND MORTGAGE IS NOW DUE.

6. AVIS RICHARDSON /WILLIAMS DID NOT ANSWER THE COMPLAINT. DERICK RICHARDSON ANSWERED THE COMPLAINT AND ASSERTED THE DEFENSE THAT SIGNATURES ON THE MORTGAGE AND NOTE CLAIMING TO BE HIS SIGNATURE WASFRAUDULENT AND IS NOT HIS SIGNATURE, INCLUDING THE SIGNATURE CLAIMED TO BE NOTARIZED, AND THAT THE SIGNATURE CLAIMED TO BE HIS SIGNATURE WAS FALSE AND DECEPTIVE AND WAS INTENTIONALLY FORRED TO DEFRAUD DERICK RICHARDSON .

7. ON OR ABOUT NOV 2021, DERICK RICHASON FILED CHAPTER 13 BANKRUPTCY PROTECTION IN ORLANDO FLORIDA BANKRUPTCY COURT CASE # 6: 21 BK 65038 LVV . THE BANKRUPTCY COURT DISMISSED THE BANKRUPTCY ACTION ON JAN 2022 WITH 2 YEAR BAR .

8. ON OR ABOUT FEB 2022, AVIS WILLIAMS FILED CHAPTER 13 BANKRUPTCY PETITION IN UNITED STATES GEORIGA BANKRUPTCY COURT , THEREBY ACTIVATING AN AUTOMATIC STAY OF THE STATE PROCEEDINGS. 11 U.S.C. 362 (a ). AVIS WILLIAMS, FILED SUGGESTION OF BANKRUPTCY IN ORANGE COUNTY FLORIDA 9TH JUDICIAL CIRCUIT COURT, CASE # 2016 -CA- 008390-0, IN THE FORECLOSURE ACTION. A NOTICE OF THE BANKRUPTCY FILING WAS SERVED ON THE ATTORNEY OF RECORD ,AMY KISER ESQ., IN THE FORECLOSURE ACTION AND TO ., U,S, BANK TRUST N.A . ALSO AMY KISER ESQ., AND U.S. BANK TRUST N.A WAS PLACED ON DEBTORS' CREDITORS' LIST AND THE BANKRUPTCY COURT SERVED THEM NOTICE OF THE PENDING BANKRUPTCY ACTION.

9. UPON AVIS WILLIAMS FILING BANKRUPTCY PROTECTION, AVIS WILLIAMS SUBJECT PROPERTY BECAME THE PROPERTY OF THE BANKRUPTCY COURT.

10. HOWEVER, ON OR ABOUT MAY 23, 2022, ATTORNEY AMY KISER, ESQ, 2313 WEST VIOLET ST. TAMPA FLA 33603, FILED A SUMMARY JUDGMENT MOTION WITH THE STATE COURT OF ORANGE COUNTY FLORIDA, REQUESTING SUMMARY FINAL JUDGMENT, AND THE MOTION WAS GRANTED BY THE COURT IN THE FACE OF AVIS WILLIAMS KNOWN PENDING BANKRUPTCY AUTOMATIC STAY, AND A FORECLOSURE SALE OF THE REAL PROPERTY IS SET FOR JULY 2022.

ARGUMENT

11. AVIS WILLIAMS, BANKRUPTCY PETITION TRIGGERED THE PROTECTIONS OF THE AUTOMATIC STAY UNDER 11 U.S.C 362 (A ). SECTION 362 ( A ) PROHIBITS CREDITORS FROM ATTEMPTING TO COLLECT MOST DEBT FROM DEBTOR OR PROPERTY OF THE ESTATE. THE SCOPE OF THE AUTOMATIC STAY IS BROAD AND ITS STOPS ALL COLLECTIONS EFFORTS, HARASSMENT AND ALL FORECLOSURE ACTIONS. H.R. REP. NO. 95-595. 95TH CONG.. 1ST SESS. 340 ( 1978 ), 1978 U.S.C.A.N. 5963, 6297 ;SMITH V. 1ST AM BANK ( IN RE SMITH ) 876 F.2D 524.

IN THE INSTANT CASE U.S. TRUST BANK N.A. TRU., AND ITS REPRESENTING ATTORNEYS ARE CREDITORS, AND KNEW OR SHOULD HAVE KNOWN THAT 11 U.S.C. 362 ( A ), COMMENCEMENT OR CONTINUATION OF THE FORECLOSURE PROCEEDING OR ENFORCEMENT OF THE FORECLOSURE JUDGMENT IS SPECIFICALLY PROHIBITED BY 362 ( A ), THEREFORE, IN ORDER TO PROCEED WITH THE FORECLOSURE ACTION PROHIBITED BY AUTOMATIC STAY THE CREDITORS,U.S. TRUST BANK AND ITS ATTORNEY WAS MANADATORY REQUIRED TO FIRST SEEK RELIEF FROM THE STAY FROM THE BANKRUPTCY COURT THAT IMPOSED THE STAY PURSUANT TO 362 ( D ).A creditor violates the bankruptcy codes' automatic stay if, without permission of the bankruptcy court, he forecloses on an asset to which the debtor has only an arguable claim of rights. See in reChesnut 422 f.3d 298 ( 5$^{th}$cir. 2005 ).

12. IN THE INSTANT CASE, ATTORNEY *Amy Kiser* AND U.S. ~~TRUST~~ *Bank Trus* BANK N.A. HEREIN KNEW OF THE DEBTOR' BANKRUPTCY FILING AND AUTOMATIC STAY AND THEY CONTINUED WITH THE FORECLOSURE WHICH VIOLATED THE AUTOMATIC STAY WERE INTENTIONAL

13. WHEREFORE, DEBTOR REQUEST THE COURT TO IMPOSE $ 2500 IN COMPENSATORY DAMAGES, $ 1923 IN ATTORNEY FEES, AND $ 12,500 IN PUNITIVE DAMAGES AS A SANCTION AGAINST CREDITORS ATTORNEY FOR THEIR VIOLATION OF THE AUTOMATIC STAY , AND FOR AN ORDER VACATING THE FORECLOSURE JUDGMENT AND CANCELING THE SALE, AND FOR SUCH OTHER AND FURTHER RELIEF THE COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

*Avis Williams*

2265 WEST PINE STREET ORLANDO FLORIDA 32805

AND

2426 NORTH CLEVELAND STREET APT 101 ALBANY , GA 31701

SERV LIST

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS HAND DELIVERED TO : ATTORNEY AMY KISER, ESQ., ATTORNY FOR U.S. BANK TRUST N.A. ,FLORIDA BAR # *46196, 2313 W. Violet St Tampa Fla 33603*

_ BY U.S. MAIL ON *May 24* 20 *22*

( S ) AVIS WILLIAMS

2265 WEST PINE ST ORLANDO FLA 32805, GA 31701

AND

2426 NORTH CLEVELAND STREET APT 101 ALBANY 31701

# USPS PRIORITY MAIL

**US POSTAGE PAID**
$8.95
Origin: 32710
05/27/22
1116350316-16

**PRIORITY MAIL 2-DAY®**

0 Lb 2.00 Oz
1006

EXPECTED DELIVERY DAY: 05/31/22

B020

SHIP TO:
PO BOX 1957
MACON GA 31202-1957

USPS TRACKING® #
9505 5145 0047 2147 5543 24

- Expected delivery date spe—
- Most domestic shipments i—
- USPS Tracking® included fo—
- Limited international insura—
- When used internationally, —

*Insurance does not cover certain ite—
Domestic Mail Manual at http://pe.us—
** See International Mail Manual at htt—

**FLAT RATE EN**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS**

PS00001000014

EP14F May 2020
OD: 12 1/2 × 9 1/2





USPS.COM/PICKUP

**PRIORITY MAIL**

FROM:
Avis Williams
2426 N. Cleveland St Apt 101
Albany Ga 31701

TO:
United States Bankr
Court
Clerk of court
433 Cherry St.
po Box 1957
Macon, GA 31202

Label 228, March 2016     FOR DOMESTIC AND INTERNATION