**SO ORDERED.**

**SIGNED this 16 day of June, 2022.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-10036-AEC |
| Avis Vennessa Williams, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| Avis Vennessa Williams, | ) | |
| | ) | |
| Debtor/Movant, | ) | |
| | ) | |
| v. | ) | Contested Matter |
| | ) | |
| Amy Kiser, Esq., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AND NOTICE OF CONTINUED HEARING

Before the Court is Debtor's *Motion for Continuance of Hearing to Sanction Attorney for Violation of Automatic Stay* (Doc. 74). The Debtor seeks a continuance of the hearing on Debtor's *Emergency Motion Requesting the Court Hold Amy Kiser, Esq. in Contempt for Intentionally Violating the Automatic Stay and for an order Vacating the Foreclosure Judgment and Canceling the Sale* (the "Stay Violation Motion") (Doc. 66) set for June 23, 2022 (Doc. 69).

In support of her request, Debtor refers to her motion to appoint pro bono counsel (filed contemporaneously herewith (Doc. 73)), stating that any such appointed counsel would require adequate time to review any facts and legal issues. In the alternative, the Debtor states that in the event this Court denies such request for appointed counsel,[1] Debtor requires additional time to retain outside representation.

To allow the Debtor to retain counsel, the Court GRANTS the request for continuance. The hearing on the Debtor's Stay Violation Motion shall occur via telephonic conference on **July 28, 2022, at 1:30 p.m.** Parties who wish to appear at the hearing may do so by dialing **1-888-398-2342** and using access code **5569600**.

[END OF DOCUMENT]

---

[1] The Court denied the Debtor's request that the Court appoint pro bono counsel (Doc. 75).