EXHIBIT B

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA
CIVIL DIVISION

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST | CASE NO. 2016-CA008390-O |
| Plaintiff, | Division No. 39 |
| vs. | |
| DERICK RICHARDSON a/k/a DERICK C. RICHARDSON; UNKNOWN SPOUSE OF DERICK RICHARDSON a/k/a DERICK C. RICHARDSON;  AVIS RICHARDSON A/K/A AVIS VANESSA WILLIAMS a/k/a A AVIS W. RICHARDSON; UNKNOWN SPOUSE OF AVIS RICHARDSON a/k/a AVIS VANESSA WILLIAMS a/k/a AVIS W. RICHARDSON; ROBERT KING, AS TRUSTEE UNDER TRUST NUMBER 786 DATED SEPTEMBER 28, 2010;  CITIFINANCIAL SERVICING LLC SUCCESSOR BY MERGER TO CITIFINANCIAL SERVICES, INC. d/b/a CITIFINANCIAL EQUITY SERVICES, INC.;  WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. ;  WATERFORD CHASE EAST HOMEOWNERS ASSOCIATION INC;  STATE OF FLORIDA, DEPARTMENT OF REVENUE;  and CLERK OF THE COURT OF ORANGE COUNTY, FLORIDA COUNTY, FLORIDA, et. al. | |
| _____Defendants/ | |

**FINAL JUDGMENT OF FORECLOSURE**

**THIS ACTION** was heard before the Court 5/23/2022.  On the evidence presented

**IT IS ADJUDGED** that: The Plaintiff's Motion for Summary Judgment is GRANTED.  Service of process has been duly and regularly obtained over DERICK RICHARDSON a/k/a DERICK C. RICHARDSON; UNKNOWN SPOUSE OF DERICK RICHARDSON a/k/a DERICK C. RICHARDSON;  AVIS RICHARDSON a/k/a AVIS VANESSA WILLIAMS a/k/a AVIS W. RICHARDSON; UNKNOWN SPOUSE OF AVIS RICHARDSON a/k/a AVIS VANESSA WILLIAMS a/k/a AVIS W. RICHARDSON ROBERT KING, AS TRUSTEE UNDER TRUST NUMBER 786 DATED SEPTEMBER 28, 2010; CITIFINANCIAL SERVICING LLC SUCCESSOR BY MERGER TO CITIFINANCIAL SERVICES, INC. d/b/a CITIFINANCIAL EQUITY SERVICES, INC.;  WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. WATERFORD CHASE EAST HOMEOWNERS ASSOCIATION INC;  STATE OF FLORIDA, DEPARTMENT

OF REVENUE;  and  CLERK OF THE COURT OF ORANGE COUNTY, FLORIDA COUNTY, FLORIDA, defendants.

1.  **Amounts Due and Owing.**  Plaintiff, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST, 440 SOUTH LASALLE STREET, STE. 2000 CHICAGO, IL 60605 is due:

| | |
|---|---:|
| Principal due on the note secured by the mortgage foreclosed: | $243,158.68 |
| Accrued Interest from 01/01/12 to 05/23/22 | $158,011.59 |
| Interest Per Diem at $41.64 | |
| Late Charges | $82.19 |
| **Attorneys' Fees** | |
| Attorneys' Flat Rate Total: $5,080.00 | $5,080.00 |

*(The requested attorney's fee is a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the Court finds that the lodestar analysis is not necessary and that the flat fee is reasonable)

**Court Costs, Now Taxed:**

| | |
|---|---:|
| **Subtotal** | **$406,332.46** |
| **Additional Costs** | |
| Escrow Advance | $95,325.16 |
| Recoverable Balance | $22,975.06 |
| **Subtotal** | **$118,300.22** |
| **Total Due** | **$524,632.68** |

That shall bear interest at a rate of 4.25% per year.

2.  **Lien on Property.**  Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Orange County, Florida:

> LOT 15, WATERFORD CHASE EAST PHASE 2, VILLAGE E, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 55, PAGE 6 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.
>
> **Property Address:  786 Crystal Bay Ln, Orlando, Florida 32828**

3.  **Sale of Property.**  If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of this court shall sell the property at public sale on **July 7, 2022 at 11:00 AM**, to the highest bidder for cash, except as prescribed in paragraph 4, at the courthouse located at 425 N

Orange Avenue, in Orange County in Orlando, Florida, in accordance with Section 45.031, Florida Statutes (2013), using the following method:

**By electronic sale beginning at 11:00 AM on the prescribed date at www.orange.realforeclose.com, the Clerk's website for online auctions.**

4. **Costs.**  Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title.  If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. **Distribution of Proceeds.**  On filing the Certificate of Title the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying:  first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorney's fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. **Right of Possession.**  On filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and defendant's right of redemption as prescribed by section 45.0315, Florida Statutes (2013) shall be terminated, except as to claims or rights under Chapter 718 or Chapter 720, Florida Statutes, if any.  Upon the filing of the Certificate of Title, the person named on the certificate of title shall be let into possession of the property.

7. **Attorneys' Fees**  The requested attorneys' fees are a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.

8. The Plaintiff may assign the judgment, cause of action and credit bid to any third party by the filing of an Assignment without further order of the court.

9. Plaintiff's action to equitably subrogate a mortgage attaching to real property Orange County, Florida is hereby granted. This Court finds that a portion for the proceeds of Plaintiff's mortgage, recorded on September 5, 2005 in Official Records Book 08184, at Page 1846 of the Public Records of Orange County, Florida, **were used to satisfy a prior existing mortgage executed by Defendants, AVIS RICHARDSON A/K/A AVIS VANESSA WILLIAMS A/K/A AVIS W. RICHARDSON AND DERICK RICHARDSON A/K/A DERICK C. RICHARDSON, in favor of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, said prior existing mortgage was recorded on May 12, 2004 in Official Records Book 7427, at Page 3820. Said prior existing mortgage was satisfied on May 12, 2004, in Official Records Book 7427, at Page 3798, of the Public Records of ORANGE County, Florida**. Plaintiff is hereby entitled to be equitably subrogated to the interest of the prior mortgage holder and is entitled to first lien position superior to the interest of Defendant, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust., by virtue of the fact that the plaintiff's proceeds were used as stated.

10. **Jurisdiction.** Jurisdiction of this action is retained to enter further orders, as are proper, including, without limitation, writs of possession and deficiency judgments. In addition, this court retains jurisdiction to enter any required supplemental complaint(s) such as a reforeclosure to add a necessary and/or omitted party without the necessity of filing a separate action.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CONTACT THE CLERK OF THE COURT, 425 N ORANGE AVENUE, ORLANDO, FL (TELEPHONE: (407) 836-2000) WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT COMMUNITY LEGAL SERVICES OF MID FLORIDA, INC., 122 EAST COLONIAL DRIVE, SUITE 200, ORLANDO, FL, (407) 841-7777 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT COMMUNITY LEGAL SERVICES OF MID FLORIDA, INC., 122 EAST COLONIAL DRIVE, SUITE 200, ORLANDO, FL, (407) 841-7777, FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

DONE AND ORDERED at Orange County, Florida, this 20th day of June, 2022.

*/s/ Vincent Falcone III*
eSigned by Vincent Falcone III  06/20/2022 13:31:26 L+M0HYIh

HONORABLE VINCENT FALCONE III
CIRCUIT COURT JUDGE

Copies furnished:
GILBERT GARCIA GROUP, P.A.
2313 W. VIOLET ST.
TAMPA, FL 33603
EMAILSERVICE@GILBERTGROUPLAW.COM

AVIS RICHARDSON A/K/A AVIS VANESSA WILLIAMS A/K/A AVIS W. RICHARDSON
786 CRYSTAL BAY LANE
ORLANDO, FLORIDA 32828

ROBERT KING, AS TRUSTEE UNDER TRUST NUMBER 786 DATED SEPTEMBER 28, 2010
786 CRYSTAL BAY LANE
ORLANDO, FL  32828

DERICK RICHARDSON A/K/A DERICK C. RICHARDSON
100 JOHNSON STREET
EATONVILLE, FL 32751

CITIFINANCIAL SERVICING LLC SUCCESSOR BY MERGER TO CITIFINANCIAL SERVICES, INC. DBA CITIFINANCIAL EQUITY SERVICES, INC.
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324

UNKNOWN SPOUSE OF AVIS RICHARDSON A/K/A AVIS VANESSA WILLIAMS A/K/A AVIS W. RICHARDSON
786 CRYSTAL BAY LANE
ORLANDO, FL  32828

WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A.
1201 HAYS STREET
TALLAHASSEE, FLORIDA  32301

UNKNOWN SPOUSE OF DERICK RICHARDSON A/K/A DERICK C. RICHARDSON
786 CRYSTAL BAY LANE
ORLANDO, FL  32828

JAMES A. GUSTINO, ESQ. FOR WATERFORD CHASE EAST HOMEOWNERS ASSOCIATION INC
P.O. BOX 770759
WINTER GARDEN, FL 34777
JGUSTINO@GUSTINOLAW.COM; GUSTINOLAW@PROTONMAIL.COM

STATE OF FLORIDA, DEPARTMENT OF REVENUE
2450 SHUMARD OAKS BLVD.
TALLAHASSEE, FL  32399

NICHOLAS A. SHANNIN, ESQ. FOR CLERK OF THE COURT OF ORANGE COUNTY, FLORIDA COUNTY, FLORIDA
425 N. ORANGE AVE., SUITE 2110
ORLANDO, FL 32802
ADM-CONTACTADMINDIV@MYORANGECLERK.COM;DEBBIE.FAFALIOS@MYORANGECLERK.COM

SHAWN G. RADER
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, PA.
215 NORTH EOLA DRIVE
POST OFFICE BOX 2809
ORLANDO, FL 32802
Shawn.rader@lowndes-law.com

630282.28392/tas