**SO ORDERED.**

**SIGNED this 14 day of July, 2022.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-10036-AEC |
| Avis Vennessa Williams, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

### ORDER OF DISMISSAL

The above-named Debtor filed a voluntary petition on January 20, 2022. The Court notified the Debtor of multiple deficiencies in this case (*See* Doc. 7, *Notice of Deficient Filings*, dated January 21, 2022).[1] To date, Debtor has failed to cure these deficiencies, including:

1. Employee payroll advices for sixty-day period prior to petition date or statement of no income, as required under 11 U.S.C. § 521(a)(1)(iv) and Federal Rule of Bankruptcy Procedure 1007(b)(1)(E) and (c); and

---

[1] In addition to the deficient items addressed in the body of this order, Debtor has failed to or improperly filed several key documents including: a Chapter 13 plan that complies with the Court's Local Rule ("LBR") 3015-1(b); amended schedules or a certificate that none are required per LBR 1019-1(d); and Official Form 122C-1, Chapter 13 Statement of Your Income, required under Federal Rule of Bankruptcy Procedure 1007(b)(6).

    2.  Schedule C:  The Property You Claim as Exempt.[2]

In accordance with LBR 1017-2 regarding information and documents filed in bankruptcy cases, the Court finds that the Debtor has failed to provide the Court with the necessary information and documents.  Thus, it is ORDERED AND ADJUDGED that the above-referenced case is dismissed.

[END OF DOCUMENT]

---

[2] In addition to the *Notice of Deficient Filings*, dated January 21, 2022 (Doc. 7), Debtor was reminded of this deficiency prior to her conversion of this case to chapter 13 (*See* Doc. 40, memo dated February 28, 2022). While other documents referenced in that notice are particular to a chapter 7 case, Schedule C is required in both chapters 7 and 13.

2