IN  THEUNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF GEORIGA

AVIS WILLIAMS

DEBTOR,

BANKR CASE #  222 – 10036



CHAPTER 13

## AVIS WILLIAMS' MOTION IN REPLY  TO U.S. BANK TRUST  ATTORNEYS'

## OBJECTION TO DEBTORS' EMERGENCY MOTION REQUESTING SANCTIONS

DEBTOR, AVIS WILLIAMS ,FILES THIS REPLY  MOTION TO U.S. BANK TRUST ATTORNEY OBJECTIONTO
DEBTORS'  REQUEST  FOR CONTEMPT AND  SANCTIONS  AGAINST  THE CREDITORS' U.S. BANK TRUST
N.A.,ATTORNEY AMY KISER,ESQ., FOR KNOWING VIOLATING THIS BANKRUPTCY  COURTS' AUTOMATIC
STAY WITHOUT THE COURTS' PERMISSION, AND CONTEMPT AND  SANCTION ORDER IS REQUIRED
AGAINST THE CREDITOR S' ATTORNEY   FOR THE FOLLOWING REASONS:

1.  THE ISSUE BEFORE THIS COURT IS THAT THE DEBTOR FILED FOR CHAPTER 13 BANKRUPTCY
    PETITION IN THIS  COURT TO NEGOTIATE A  MODIFIED MORTGAGE  LOAN TO CURE ALLEGED
    PASS DUE PAYMENTS . U.S. BANK TRUST  FILED  MORTGAGE FORECLOSURE COMPLAINT TO
    FORECLOSE DEBTOR 2OO5  MORTGAGE, AND THE COMPLAINT CLAIMED  THAT THE DEBTOR
    DEFAULTED ON THE PROMISSARY NOTE.

2.  ON OR ABOUT DEC 2022, DEBTORS' A HUSBAND DERICK RICHARDSON FILED  CHAPTER 13
    BANKRUPTCY PETITION IN ORLANDO FLORIDA BANKRUPTCY COURT AND THE BANKRUPCY CASE
    WAS DISMISSED ON OR ABOUT  FEB 2022 WITHOUT A DISCHARGE . THE DISMISSAL OF DERICK
    RICHARDSON BANKRUPTCY CASE WAS WITH A 3 YEAR BAR, AND IN REM RELIEF OF THE STAY.

3.  AVIS WILLIAMS WAS NOT SERVED A COPY OF DERICK RICHARDSON BANKRUPTCY DISMISSAL
    WITH 3 YEAR SANCTION AND IN REM RELIEF FROM STAY, WITHOUT SERVING A COPY OF THE
    MOTION , PROCEEDINGS AND ORDER ON AVIS WILLIAMS . AVIS WILLIAMS HAD NO
    KNOWLEDGE OF THE IN REM ORDER .

                     JURISDICTION AND VENUE
4.  THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO 28 U.S.C.  1334 AND 28 U.S.C.
    157 SINCE IT ARISES IN AND IS RELATED TO THE ABOVE CASE, AND VENUE IS PROPER IN THIS

COURT  BECAUSE AVIS WILLIAMS HAD A RESIDENCE IN DOUGHERTY COUNTY FOR MORE THAT
180 DAYS PRIOR TO FILING THE BANKRUPTCY PETITION, AND OWN  REAL PROPERTY IN
ORLANDO  FLORIDA, AND THE DEBTOR ORIGINALLY FILED THIS  BANKRUPTCY  PETITION  IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT, OF GEORIGA, ALBANY DIVISION, 201 WEST
BROAD AVE ALBANY GA, HOWEVER, THAT COURT DETERMINED THAT THE CASE HAD BEEN
FILED IN THE INCORRECT DIVISION AND TRANSFERRED THIS CASE TO THIS COURT , MIDDLE
DISTRICT OF GEORIA, PO BOX 1957 MACON GA 31202; AND THE CASE  PROCEEDED  IN THIS
COURT, AFTER THE CREDITOR  VIOLATED THE AUTO STAY , DEBTOR CHANGED RESIDENCE TO
1110 BALLPARK LANE APT 2107 LAWRENCEVILLE GA 30043 .

5.  ON OR ABOUT MARCH  2022, THE DEBTOR AVIS WILLIAMS  FILED CHAPTER 13 BANKRUPTCY
    PETITION  IN THIS GEORIGA  BANKRUPTCY COURT, AND THE FILING  PROVIDED AN  AUTOMATIC
    STAY OF U.S. BANK TRUST MORTGAGE COLLECTIONS , AND THE DEBTORS' REAL PROPERTY
    BECAME  THE ' BANKRUPTCY  COURTS' ESTATE .

6.  AVIS WILLIAMS  LISTEDU.S. BANK  TRUST  ON DEBTORS' CREDITOR LIST AND U.S. BANK TRUST
    DID  RECEIVE A COPY OF THE BANKRUPTCY  FILING BY THE THIS COURT . THIS COURT SERVED
    U.S. BANK TRUST  NOTICE  THAT THE DEBTOR HAD FILED BANKRUPTCY  PETITION  AND
    NOTIFIED  THE CREDITORS' OF  THEAUTOMATIC STAY.

7.  WITH KNOWLEDGE AND NOTICE THAT AVIS WILLIAMS BANKRUPTCY PETITION WAS PENDING
    IN THIS COURT , ON OR ABOUT MAY 2022, U.S. BANK TRUST FILED FOR SUMMARY JUDGMENT
    MOTION IN ORLANDO FLORIDA 9TH JUDICIAL CIRCUIT COURT OF ORLANDO FLORIDA, AND
    SUMMARY JUDGMENT MOTION WAS GRANTED IN FAVOR OF U.S. BANK TRUST. U.S. BANK
    TRUST ARGUED TO THE STATE COURT THAT THE ORLANDO FLORIDA BANKRUPTCY COURT IN
    REM RELIEF ORDER AGAINST THE SUBJECT PROPERTY, PROVIDED NO FURTHER AUTOMATIC
    STAY AGAINST THE PROPERTY, EVEN IF A 3RD PARTY FILE BANKRUPTCY PETITION TO STOP THE
    SALE. FINAL FORECLOSURE JUDGMENT WAS ENTERED ON OR ABOUT JUNE 22 2022 .

    NEW EVIDENCE

8.  THE NEW FACTS OF THIS  CASE :  IS THAT THE IN REM RELIEF ORDER DATED  FEB 2022, FILED IN
    ORLANDO FLORIDA UNITED STATES BANKRUPTCY COURT IN FAVOR OF U.S. BANK TRUST IS
    VOID, BECAUSE AVIS  WILLIAMS WAS NOT  SERVED A COPY OF THE MOTION  IN REM RELIEF
    AND WAS NOT SERVED A COPY  OF  THE ORDER GRANTING IN REM RELIEF . AVIS WILLIAMS
    RECEIVED NO NOTICE OF THE PROCEEDINGS. THEREFORE, THE IN REM  ORDER OF RELIEF WAS
    ENTERED WITHOUT NOTICE TO AVIS WILLIAMS, AND AVIS WILLIAMS  HAD NO OPPORTUNITY TO
    BE HEARD OR OBJECT TO  THE IN REM RELIEF ORDER . FOR THESE REASONS, THE  IN REM RELIEF
    ORDER DENIES AVIS WILLIAMS PROCEDURE DUE PROCESS RIGHTS ASSURED BY THE UNITED
    STATES CONSTITUTION .

9.  DEBTOR AVIS WILLIAMS WAS ENTITLED TO NOTICE OF THE PROCEEDINGS , MOTION AND
    ENTITLED TO A COPY OF THE ORDER GRANTING IN REM ORDER RELIEF, AS A MATTER OF LAW .

10. EVEN IF THE IN REM ORDER WAS RECORDED IN ORANGE COUNTY FLORIDA PUBLIC RECORDS, DEBTOR LIVING IN A NOTHER STATE, DEBTOR HAD NO WAY OF KNOWING OF THE RECORDING . SERVING A COPY OF THE ORDER AT DEBTORS' OUT OF STATE ADDRESS WOULD BE PROPER REMEDY . DEBTOR OUT OF STATE ADDRESS IS LISTED IN THE FORECLOSURE CASE RECORDS .

11. PROCEEDINGS IN BANKRUPTCY CASES ARE SUBJECT TO THE DUE PROCESS REQUIREMENT OF THE 5TH AMENDMENT TO THE UNITED STATES CONSTITUTION. SEE IN RE ABOODY 223 B.R. 36, 40 ( 1ST CIR. BAP 1998 ) ; DUE PROCESS REQUIRES NOTICE THAT IS REASONABLY CALCULATED TO REACH ALL INTEREST PARTIES REASONABLY AMOUNT OF TIME TO RESPOND . SEE IN RE ROBINTECH INC 863 F. 2D 393 5TH CIR. SEE GONZALEZ RUIZ 341 B.R. 371, 384 1ST CIR BAP 2006.

12. THE DEBTOR AVIS WILLIAMS, INTEREST IN HER MARITAL REAL PROPERTY AT 786 CRYSTAL BAY LANE ORLANDO FLORIDA, ARE BEING EXTINGUISHED WITHOUT DUE PROCESS. AVIS WILLIAMS ARE A NECESSARY PARTY SO ESSENTIAL TO THE IN REM ORDER THAT NO FINAL DECISION CAN BE RENDERED WITHOUT AVIS WILLIAMS JOINDER. BECAUSE AVIS WILLIAMS WAS NOT SERVED NOTICE OF THE IN REM RELIEF ORDER PROCEEDINGS, A FINAL DECISION WILL BIND THOSE PARTIES WITH NOTICE, BUT WILL HAVE NO EFFECT ON THE RIGHTS OF NECESSARY BUT UNJOINED PARTIES. AVIS WILLIAMS WAS, AT LEAST, A NECESSARY PARTY WHO HAD A SUFFICIENT STAKE IN THE OUTCOME TO PERMIT HER ENTITLEMENT TO NOTICE OF IN REM RELIEF PROCEEDINGS AND A COPY OF THE ORDER AND MOTION, WHERE SHE COULD SEEK WHATEVER RELIEFMIGHT BE AVAILABLE TO HER.

13. U.S. BANK TRUST FAILURE TO SERVE NOTICE ON AVIS WILLIAMS OF THE IN REM RELIEF PROCEEDINGS DEPRIVED HER OF HER EQUITABLE OF REDEMPTION. THE RIGHT OF REDEEMPTION IS THE MORTGAGORS' VALUED AND PROTECTED EQUITABLE RIGHT TO RECLAIM HER ESTATE IN FORECLOSURE PROPERTY. DELUXE MOTEL INC V. PATEL 770 SO.2D 283 FLA 5TH DCA 2000 .

14. BECAUSE , AVIS WILLIAMS, WAS NOT SERVED NOTICE OF IN REM RELIEF ORDER, AND AVIS WILLIAMS, BANKRUPTCY PETITION WAS PENDING IN THIS COURT AT THE TIME THE BANK ATTORNEY WENT FOREWARD WITH SUMMARY JUDGMENT AND FINAL JUDGMENT, THE AUTOMATIC STAY PROTECTED AVIS WILLIAMS, INTEREST OR ARGUABLE INTEREST IN THE PROPERTY BECAME THE REAL PROPERTY HAD BECOME THE BANKRUPTCY COURT ESTATE.

15. FOR THESE REASONS, ON OR ABOUT MAY 23, 2022, ATTORNEY AMY KISER, ESQ, 2313 WEST VIOLET ST. TAMPA FLA 33603, SHOULD NOT HAVE FILED A SUMMARY JUDGMENT MOTION WITH THE STATE COURT OF ORANGE COUNTY FLORIDA, RENDERING IN FINAL JUDGMENT. U.S. BANK TRUST FAILED TO INVESTIGATE AS TO RATHER ALL INTEREST PARTIES IN THE REAL PROPERTY WAS SERVED A COPY OF THE IN REM LIEF ORDER . THE STAY VIOLATION WAS INTENTIONAL , AND THE FACTS AS TO LACK OF NOTICE TO AVIS WILLIAMSDID TRIGGER THE BANKRUPTCY PROTECTIONS OF THE AUTOMATIC STAY UNDER 11 U.S.C 362 (A ). SECTION 362 ( A ) PROHIBITS CREDITORS FROM ATTEMPTING TO COLLECT MOST DEBT FROM DEBTOR OR PROPERTY OF THE ESTATE. THE SCOPE OF THE AUTOMATIC STAY IS BROAD AND ITS STOPS ALL COLLECTIONS EFFORTS, HARASSMENT AND ALL FORECLOSURE ACTIONS. H.R. REP. NO. 95-595.

95$^{TH}$CONG.. 1ST SESS. 340 ( 1978 ), 1978 U.S.C.A.N. 5963, 6297 ;SMITH V. 1ST AM BANK ( IN RE SMITH ) 876 F.2D 524.

U.S. BANK TRUST FAILURE TO SERVE THE IN REM RELIEF PROCEEDINGS ON AVIS WILLIAMSREQUIRED THE CREDITOR TO SEEK RELIEF FROM GEORIGA BANKRUPTCY COURT TO PROCEED WITH FORECLOSURE JUDGMENT. See in reChesnut 422 f.3d 298 ( 5$^{th}$cir. 2005 ).

16. U.S. TRUST BANK N.A. AND ITS ATTORNEY KNEW OF THE DEBTOR AVIS WILLIAMS BANKRUPTCY FILING AND AUTOMATIC STAY AND KNEW THAT DERICK RICHARDSON AND AVIS WILLIAMS NAMES WERE LISTED ON THE MORTGAGE PROPERTY AS OWNERS IN PUBLIC RECORD . THEREFORE, ( U.S. BANK TRUST ATTORNEY CONTINUED THE FORECLOSURE ACTION, AND INTENTIONALLY VIOLATED THE AUTOMATIC STAY AND MUST BE SANCTIONED TO THE HIGHEST DEGREE .

17. THE BANKRUPTCY CASES FILED IN ORLANDO FLORIDA IN WHICH U.S. BANK TRUST ATTORNEY REQUEST JUDICIAL NOTICE ARE CASE FILED BY DERICK RICHARDSON.

18. WHEREFORE, DEBTOR REQUEST THE COURT TO IMPOSE $ 2500 IN COMPENSATORY DAMAGES, $ 1923 IN ATTORNEY FEES, AND $ 12,500 IN PUNITIVE DAMAGES AS A SANCTION AGAINST CREDITOR U.S. BANK TRUST ATTORNEY FOR THEIR KNOWINGLY VIOLATION OF THE AUTOMATIC STAY , AND FOR AN ORDER VACATING THE FORECLOSURE JUDGMENT AS VOID AND CANCELING THE SALE, AND FOR SUCH OTHER AND FURTHER RELIEF THE COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

_Avis Williams_

2265 WEST PINE STREET ORLANDO FLORIDA 32805

~~AND~~

SERV LIST
I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS HAND DELIVERED TO : ATTORNEY AMY KISER, ESQ., ATTORNY FOR U.S. BANK TRUST N.A. , AND ALL CCREDITIORS' LISTED ON DEBTORS' CREDITORS' LIST IN COURT FILE BY U.S. MAIL ON
_July 24_ 20 _22_

( S ) AVIS WILLIAMS

I HAVE READ THE FOREGOING ALLEGATIOS AND FACTS AND I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OOF MY BELIEF ON
_July 24_ 20 _22_

AVIS WILLIAMS _Avis Williams_



# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY
# MAIL ®

Expected delivery date specified for domestic use.

Most domestic shipments include up to $50 of insurance (restrictions apply).*

USPS Tracking® included for domestic and many international destinations.

Limited international insurance.**

When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

# UNITED STATES
# POSTAL SERVICE ®

## USPS TRACKING #

9114 9011 5981 8645 0766 07

Label 400  Jan. 2013
7690-16-000-7948

To schedule free Package Pickup,
scan the QR code.

# PRIORITY
# ★ MAIL ★



# UNITED STATES
# POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

224 Clark St
Eatonville Fla 32751

TO:
Middle Dist of Georgia
Bankruptcy Court
PO Box 1957
Macon, GA 31202

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE