**SO ORDERED.**

**SIGNED this 29 day of July, 2022.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-10036-AEC |
| Avis Vennessa Williams, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| Avis Vennessa Williams, | ) | |
| | ) | |
| Debtor/Movant, | ) | |
| | ) | |
| v. | ) | Contested Matter |
| | ) | |
| Amy Kiser, Esq., | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AND NOTICE OF HEARING**

On July 28, 2022, the Debtor filed *Avis Williams' Motion in Reply to U.S. Bank Trust Attorneys' Objection to Debtors' Emergency Motion Requesting Sanctions* (Doc. 94). Because the Debtor filed this motion after her case was dismissed on July 14, 2022, the Court interprets it as a motion under Local Bankruptcy Rule 1017-2(h) requesting that her *Emergency Motion Requesting the Court to Hold, Amy Kiser, Esq., in Contempt for Intentionally Violating Automatic Stay, and for an*

*Order Vacating the Foreclosure Judgment and Canceling the Sale*, filed May 31, 2022 (Doc. 66), remain active despite case dismissal.

Accordingly, it is ORDERED and NOTICE is given that a hearing on Debtor's Motion in Reply (as interpreted above) will occur on September 13, 2022 at 2:00 p.m. at C.B. King U.S. Courthouse, Second Floor, 201 West Broad Avenue, Albany, Georgia. This will be an in-person hearing (in accordance with Administrative Order #145).

[END OF DOCUMENT]