# EXHIBIT

# "A"

USPS Tracking Information and USPS Tracking Plus™ Statement
As of September 9, 2022

Tracking Number: 9505515180872012472673
Destination Address: 201 W BROAD AVE

| Date & Time | Status of Item | Location |
| --- | --- | --- |
| Jan 12, 2022 12:03 pm | ACCEPT OR PICKUP | 347879992 |
| Jan 12, 2022 3:26 pm | DEPART POST OFFICE | 347879992 |
| Jan 13, 2022 2:13 am | PROCESSED THROUGH USPS FACILITY | ORLANDO, FL 32824 |
| Jan 13, 2022 2:13 am | MAIL PIECE NESTED TO CONTAINER, NO EVENT | |
| Jan 13, 2022 2:43 am | DEPART USPS FACILITY | ORLANDO, FL 32824 |
| Jan 13, 2022 3:15 am | DEPART USPS FACILITY | ORLANDO, FL 32824 |
| Jan 13, 2022 3:43 am | ARRIVE USPS FACILITY | ORLANDO, FL 32824 |
| Jan 13, 2022 3:48 am | ARRIVE USPS FACILITY | ORLANDO, FL 32824 |
| Jan 13, 2022 11:34 pm | PROCESSED THROUGH USPS FACILITY | JACKSONVILLE, FL 32221 |
| Jan 13, 2022 11:34 pm | MAIL PIECE NESTED TO CONTAINER, NO EVENT | |
| Jan 13, 2022 11:38 pm | CONTAINER CLOSE | JACKSONVILLE, FL 32218 |
| Jan 14, 2022 2:36 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32218 |
| Jan 14, 2022 2:58 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32218 |
| Jan 14, 2022 6:02 am | ARRIVE USPS FACILITY | TALLAHASSEE, FL 32301 |
| Jan 14, 2022 6:10 am | ARRIVE USPS FACILITY | TALLAHASSEE, FL 32301 |
| Jan 14, 2022 1:51 pm | PROCESSED THROUGH USPS FACILITY | TALLAHASSEE, FL 32301 |
| Jan 14, 2022 1:51 pm | MAIL PIECE NESTED TO CONTAINER, NO EVENT | |
| Jan 14, 2022 4:27 pm | CONTAINER CLOSE | TALLAHASSEE, FL 32301 |
| Jan 14, 2022 9:22 pm | DEPART USPS FACILITY | TALLAHASSEE, FL 32301 |
| Jan 15, 2022 1:28 am | DEPART USPS FACILITY | TALLAHASSEE, FL 32301 |
| Jan 15, 2022 3:26 am | ARRIVE USPS FACILITY | ALBANY, GA 31701 |
| Jan 15, 2022 3:46 am | ARRIVE USPS FACILITY | ALBANY, GA 31701 |
| Jan 15, 2022 4:10 am | DISTRIBUTION | ALBANY, GA 31701 |
| Jan 15, 2022 6:36 am | ARRIVAL AT UNIT | ALBANY, GA 31701 |
| Jan 15, 2022 6:37 am | SORTING/PROCESSING COMPLETE | ALBANY, GA 31701 |

UNITED STATES
POSTAL SERVICE ®

USPS Tracking Plus™ Statement
As of September 9, 2022

Tracking Number: 9505515180872012472673
Destination Address: 201 W BROAD AVE

| Date & Time | Status of Item | Location |
|---|---|---|
| Jan 15, 2022 6:47 am | OUT FOR DELIVERY | ALBANY, GA 31701 |
| Jan 15, 2022 10:04 am | ON ROUTE | ALBANY, GA 31701 |
| Jan 15, 2022 10:05 am | DELIVERY ATTEMPTED - NO ACCESS TO DELIVERY LOCATION | ALBANY, GA 31701 |
| Jan 18, 2022 1:54 pm | DELIVERED | ALBANY, GA 31701 |