# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: 2016-CA-008390-O

DIVISION 39

US BANK TRUST NA

    Plaintiff,

vs.

AVIS VANESSA WILLIAMS, et al.

    Defendants.

_____/

# ORDER CANCELLING FORECLOSURE SALE AND
# ORDER SETTING HEARING ON REQUEST FOR STAY PENDING APPEAL

**\*\*REFER TO THE BELOW ACCESS INFORMATION
FOR THE HEARING SCHEDULED FOR AUGUST 11, 2022\*\***

**THIS CAUSE,** having come on to be heard before the Court on July 28, 2022 on Defendant Derick Richardson's Emergency Motion for an Order Vacating or Cancelling the Courts' Order Rescheduling Foreclosure Sale (the "Motion") and the Court having reviewed the Motion, having heard argument, and being otherwise duly advised in the premises, hereby

**ORDERS AND ADJUDGES** AS FOLLOWS:

1. The Motion is **GRANTED IN PART** to the extent that the foreclosure sale scheduled for August 4, 2022 is hereby **CANCELLED** and shall not proceed.

2. The arguments raised by Defendant in the Motion do not justify vacation of the Court's order resetting the foreclosure sale. Absent a stay pending appeal, the Court is not

1

persuaded that it lacks jurisdiction to enforce the judgment by resetting a foreclosure sale based on Plaintiff's request for additional time for publication. *See Mann-Stack v. Homeside Lending, Inc.*, 982 So. 2d 72, 74 (Fla. 2d DCA 2008) ("Because Ms. Mann-Stack had posted no supersedeas bond and there was no stay pending appeal at the time the order of disbursement was entered, the trial court was within its authority to enter appropriate orders enforcing the previous judgment despite the fact that the foreclosure judgment was on appeal."). Likewise, there is no due process requirement for a hearing on a motion to reschedule a foreclosure sale to which Plaintiff is entitled as a matter of legal right by virtue of the judgment. *See* Fla. Stat. § 45.031(1)(a).

3. Nevertheless, the Court is required to construe *pro se* filings liberally and the Motion, together with Defendant's Emergency Motion to Stay Foreclosure Sale docketed on June 30, 2022 and Notice and Emergency Motion to Stay and Refrain from Proceeding with Foreclosure Sale Due to Lack of Jurisdiction docketed on June 30, 2022 directed to a previous foreclosure sale, can reasonably be construed as seeking a stay pending appeal. For that reason, the Court concludes that a hearing on the request for a stay is appropriate before the sale proceeds. And regardless, from the hearing and the record, it appears that Plaintiff has not taken all steps necessary for the foreclosure sale to proceed so that cancellation of the sale would be required in any event.

4. The Court hereby schedules a hearing to occur via Webex videoconference at **8:30 a.m. on Thursday, August 11, 2022** on Defendant Derick Richardson's **request for a stay pending appeal in the Emergency Motion for an Order Vacating or Cancelling the Courts' Order Rescheduling Foreclosure Sale docketed on July 20, 2022, Emergency Motion to Stay Foreclosure Sale docketed on June 30, 2022, and Notice and Emergency Motion to Stay and**

**Refrain from Proceeding with Foreclosure Sale Due to Lack of Jurisdiction docketed on June 30, 2022**. The parties shall use the following information to access the hearing:

> **Link for videoconference:**
> https://ninthcircuit.webex.com/meet/ctjuvf1
>
> **Join by phone**
> *to be used only in the event of technical difficulties with videoconference*
> +1-904-900-2303 United States Toll (Jacksonville)
> +1-408-418-9388 United States Toll
> Access code: 179 341 6555
>
> *All parties should connect to the videoconference at least five (5) minutes before the scheduled hearing time. The Court will connect at the time of the hearing.*

5.      At the hearing, Defendant Derick Richardson shall be afforded an opportunity to present evidence and argument in support of his request for a stay pending appeal.  **Failure to appear as directed may result in denial of a stay without further notice or hearing.**

**DONE AND ORDERED** in Chambers, at Orlando, Orange County, Florida this 28th day of July, 2022.

*eSigned by Vincent Falcone III  07/28/2022 10:20:21  7DktyofU*

Vincent Falcone III
Circuit Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this 28th day of July, 2022 by using the Florida Courts E-Filing Portal System.  Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal

3

Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail this 28th day of July, 2022 to:

    Derick Richardson, 224 Clark Street, Eatonville, FL 32751

    Derick Richardson, 100 Johnson Street, Eatonville, FL 32751

*eSigned by Maureen Michalski  07/28/2022 14:00:27 yoHPwM2i*

Maureen Michalski, Judicial Assistant to Judge Vincent Falcone III

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**