# EXHIBIT "C"

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA
CIVIL DIVISION

U.S.BANK TRUST, N.A., AS TRUSTEE
FOR LSF9 MASTER PARTICIPATION TRUST,
    Plaintiff,
vs.

CASE NO. 2016-CA008390-O
Division No.

DERICK RICHARDSON; et. al.,
    Defendants
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO VACATE FINAL JUDGMENT OF FORECLOSURE

COMES NOW, Plaintiff, U.S.BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST ("Plaintiff"), by and through undersigned counsel, hereby files this Response to the Motion to Vacate Final Judgment, filed by Defendant Avis Williams aka Avis Vanessa Williams ("Defendant") on or about June 30, 2022 and in so doing states:

*Procedural Posture*

1) Plaintiff's Motion for Summary Judgment was filed on or about 4/7/2022.
2) In response, Defendant filed a Notice Of Bankruptcy Petition Filed In The United States Bankruptcy Court Of Ga And Pending was allegedly filed by Avis Williams on or about 5/19/2022 citing the Georgia bankruptcy. It is only (s) signed. Her address is 2426 N. Cleveland St, Apt 101, Albany GA 31701
3) Plaintiff then filed its Petition or Motion to Strike Notice Of Bankruptcy Filing With Automatic Stay Of Defendant Jessica Cardona Affidavit Of Bankruptcy Filing And Pending Active Bankruptcy And Motion In Reply To Plaintiffs Motion was filed on or about 5/20/2022.
   a) In its Motion, Plaintiff points out that a relief from automatic stay with a two year ban as to the subject property was entered by the Bankruptcy Court for The Middle District of Florida, Orlando Division on or about February 2, 2022 and attached it thereto.
4) A hearing was then held on May 23, 2022 on Plaintiff's Motion for Summary Judgment wherein Plaintiff advised the Court of Defendants' filings as well as Plaintiff's Motion to Strike same.